**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

MIRIAM CRUZ, on behalf of herself and all
others similarly situated,

        *Plaintiff*,

        v.

The Pace Gallery, LLC,

        *Defendant*.

Case No. 1:23-cv-101

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE PURSUANT
TO F.R.C.P. 41(a)(1)(A)(ii)**

---

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii) all claims in the above-captioned action against Defendant The Pace Gallery, LLC, are dismissed without prejudice with each party bearing their own costs, expenses, and attorney's fees.  Plaintiff and Defendant have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms in a Confidential Settlement Agreement.

Dated:  05/30/23

MARS KHAIMOV LAW, PLLC

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

_____
Mars Khaimov, Esq.
108-26 64th avenue, Second Floor
Forest Hills, New York 11375
Tel.: (929) 324-0717
Fax: (929) 333-7774
mars@khaimovlaw.com

*/s/ Maaren A. Shah*
_____
Maaren A. Shah
Luke Nikas
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
maarenshah@quinnemanuel.com

*Attorneys for Plaintiff*

*Attorneys for Defendant*

2